

**FILED**
APR 1 6 2024
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

UNITED STATES OF AMERICA,       )
                                )
        Plaintiff,               )
                                )
vs.                             )   Case No. 24-CR-10020
                                )
TRAVIS NYHOFF,                  )   Title 18, United States Code,
                                )   Sections 7(3) and 13
                                )
        Defendant.               )

INDICTMENT

**THE GRAND JURY CHARGES:**

**COUNT ONE**
Assimilative Crime (Territorial Jurisdiction)

On or about December 8, 2023, in Tazewell County, in the Central District of Illinois,

**TRAVIS NYHOFF,**

defendant herein, an inmate at the Federal Correctional Institution at Pekin, on land acquired for the use of the United States and under the exclusive jurisdiction thereof, did commit an aggravated battery by knowingly committing a battery other than by discharge of a firearm upon C.F., by causing great bodily harm and permanent disability and disfigurement, in violation of Section 720 ILCS 5/12-3.05, to wit, by striking C.F. in the facial area with a chair, causing a broken jaw.

In violation of Title 18, United States Code, Sections 7(3) and 13.

A TRUE BILL.

s/Foreperson
_____
FOREPERSON

s/Melissa Ortiz
_____
GREGORY K. HARRIS
United States Attorney
MPO

2