UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>TRAVIS NYHOFF<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No. 24-10020<br>)<br>)<br>)<br>)<br>) |

ORDER

Before the Court is a Report and Recommendation [Dkt #16] of the United States Magistrate Judge Johnathan E. Hawley that the Defendant's plea of guilty to Count One of the Indictment [Doc.1] be accepted by the Court. No objections to the Report and Recommendation were filed.

Upon a *de novo* review of the record, pursuant to 28 U.S.C. § 636(b)(1), the Court finds that the Defendant was cautioned and examined under oath by Magistrate Hawley concerning each of the subjects mentioned in Criminal Rule 11. Magistrate Hawley determined that Defendant's guilty plea was knowing and voluntary as to Count One, and that the offense charged is supported by an independent factual basis containing each of the essential elements of the offense. Consequently, the Report and Recommendation of the United States Magistrate Judge is accepted and Defendant is adjudged guilty of the offense. *See Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986). Probation is directed to conduct a presentence investigation and prepare a report. This case is set for sentencing on December 9, 2024 at 1:30PM. The Clerk of the Court is to file this acceptance in this case.

So ORDERED.

Entered this 9th day of August, 2024.

s/ Joe B McDade
_____
Honorable Joe B. McDade
Senior United States District Judge